# PROOF OF SERVICE OF DOCUMENT



FILED
MAR 13 2017
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY: _____ Deputy Clerk

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

700 Gibson Dr Apt 2923
Roseville, CA 95678

A true and correct copy of the foregoing document entitled: **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled: COMPLAINT TO DETERMINE DISCHARGEABILITY OF STUDENT LOAN PURSUANT TO 11 U.S. CODE §523(A)(8) "UNDUE HARDSHIP" and Adversary Proceeding Cover Sheet and Early Meeting of Counsel and Status Conference Instructions and Notice of Electronic Filing and Proof of Service of Document.

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) __03/03/2017__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Honorable Judge Mark D. Houle
3420 Twelfth Street
Suite 365 / Courtroom 303
Riverside, CA 92501-3819

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/03/2017 | MOHD ALJENDI | /s/ |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                                                                    **F 7004-1.SUMMONS.ADV.PROC**

Attached Page:

Service Information Continued:

2. SERVED BY UNITED STATES MAIL:

Creditor:

DEPARTMENT OF EDUCATION FEDLOAN SERVICING

PO BOX 530210

ATLANTA, GA 30353-0210

Another Copy to Creditor's Office of Consumer Advocacy:

Pennsylvania Higher Education Assistance Agency

The Office of Consumer Advocacy

1200 North 7th Street

Harrisburg, PA 17102

Trustee:

Lynda T. Bui (TR)

Shulman Hodges & Bastian LLP

3550 Vine Street, Suite 210

Riverside, CA 92507

**UNITED STATES POSTAL SERVICE**

Date: March 9, 2017

MOHD ALJENDI:

The following is in response to your March 9, 2017 request for delivery information on your Certified Mail™ item number 70161370000010087841. The delivery record shows that this item was delivered on March 9, 2017 at 10:30 am in HARRISBURG, PA 17102. The scanned image of the recipient information is provided below.

Signature of Recipient :

Address of Recipient :

Thank you for selecting the Postal Service for your mailing needs.

If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,
United States Postal Service